ZENITH ELECTRONICS CORP, PLAINTIFF *v.* UNITED STATES, DEFENDANT

Consolidated Court No. 90–07–00339

(Dated May 31, 1995)

JUDGMENT

RESTANI, *Judge*: As the United States Department of Commerce has complied with the court's decisions as reflected in Slip Ops. 94–148 and 95–46, and there being no further objections, the remand determination of the Department of Commerce of April 14, 1995 is hereby affirmed. The reasoning of the aforementioned slip opinions is incorporated here by reference.